

**ORDERED in the Southern District of Florida on July 27, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| FEDNAT HOLDING COMPANY, *et al*.,[1] | Case No.: 22-19451-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |
| Monarch National Insurance Company and HP Managing Agency, LLC, | |
| Plaintiffs / Counter-Defendants, | |
| v. | |
| FedNat Holding Company, Claimcor, LLC, and FedNat Underwriters, Inc., | |
| Defendants / Counter-Plaintiffs / Third-Party Plaintiffs, | Adv. Pro. No. 23-01053-PDR |
| v. | |
| Evolv Claim Solutions, LLC, HG Managing Agency, LLC, HP Holding Company, LLC | |

---

[1] The Debtors in these Chapter 11 Cases are FedNat Holding Company ("FNHC"); FedNat Underwriters, Inc. ("FNU"); ClaimCor, LLC ("ClaimCor"); Century Risk Insurance Services, Inc. ("CRIS"); and Insure-Link, Inc. The Debtors' headquarters are located at 1 East Broward, Suite 700 Fort Lauderdale, Florida 33301.

Hale Partnership Capital Management, LLC, Hale
Partnership Capital Advisors, LLC, Hale Partnership
Fund, L.P., MGEN II – Hale Fund, L.P., Clark-Hale
Fund, L.P., Smith-Hale Fund, L.P., Dickinson-Hale
Fund, L.P., and Steven A. Hale II,

    Third-Party Defendants.

_____/

## ORDER GRANTING AGREED *EX PARTE* MOTION TO STAY ALL ADVERSARY CASE DEADLINES [ECF NO. 61]

THIS MATTER came before the Court without a hearing upon the *Agreed Ex Parte Motion to Stay All Case Deadlines* [ECF No. 61] (the "Agreed Motion"), filed by Plaintiffs/Counter-Defendants Monarch National Insurance Company ("Monarch") and HP Managing Agency, LLC ("HPMA"), and Third-Party Defendants HG Managing Agency, LLC ("HGMA"), HP Holding Company, LLC ("HPHC"), Evolv Claim Solutions, LLC ("Evolv"), Hale Partnership Capital Management, LLC ("HPCM"), Hale Partnership Capital Advisors, LLC ("HPCA"), Hale Partnership Fund, L.P. ("HPF"), MGEN II – Hale Fund, L.P. ("MGEN II"), Clark-Hale Fund L.P. ("Clark-Hale"), Smith-Hale Fund, L.P. ("Smith-Hale"), Dickinson – Hale Fund, L.P. ("Dickinson"), and Steven A. Hale II ("Hale") (collectively with Monarch and HPMA, "Movants"). Upon consideration of the Agreed Motion, the parties having agreed to the relief set forth therein, for good cause appearing, and the Court being otherwise fully advised, it is hereby

    **ORDERED** that:

    1.    The Agreed Motion is **GRANTED**.

    2.    Absent a further order from the Court, all filing and other deadlines in this Adversary Proceeding are hereby stayed, including but not limited to those deadlines set forth in ECF Nos. 4, 38, 44, and 48.

                                              # # #

Submitted by:

Harris J. Koroglu, Esq.
Shutts & Bowen LLP
200 S. Biscayne Blvd.
Suite 4100
Miami, FL 33131
Phone: 305-347-7314
Email: hkoroglu@shutts.com
*Counsel for Movants*

Attorney Harris J. Koroglu is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the Order.