**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| FEDNAT HOLDING COMPANY, *et al*.,[1] | Case No.: 22-19451-PDR |
| Debtors. _____/ | (Jointly Administered) |
| Monarch National Insurance Company and HP Managing Agency, LLC, | |
| Plaintiffs / Counter-Defendants, | |
| v. | |
| FedNat Holding Company, Claimcor, LLC, and FedNat Underwriters, Inc., | Adv. Pro. No. 23-01053-PDR |
| Defendants / Counter-Plaintiffs / Third-Party Plaintiffs, | |
| v. | |
| Evolv Claim Solutions, LLC, HG Managing Agency, LLC, HP Holding Company, LLC Hale Partnership Capital Management, LLC, Hale Partnership Capital Advisors, LLC, Hale Partnership Fund, L.P., MGEN II – Hale Fund, L.P., Clark-Hale Fund, L.P., Smith-Hale Fund, L.P., Dickinson-Hale Fund, L.P., and Steven A. Hale II, | |
| Third-Party Defendants. _____/ | |

**AGREED *EX PARTE* MOTION TO STAY ALL CASE DEADLINES AND HEARINGS**

Plaintiffs/Counter-Defendants Monarch National Insurance Company ("Monarch") and HP Managing Agency, LLC ("HPMA"), and Third-Party Defendants HG Managing Agency, LLC ("HGMA"), HP Holding Company, LLC ("HPHC"), Evolv Claim Solutions, LLC ("Evolv"), Hale

---

[1] The Debtors in these Chapter 11 Cases are FedNat Holding Company ("FNHC"); FedNat Underwriters, Inc. ("FNU"); ClaimCor, LLC ("ClaimCor"); Century Risk Insurance Services, Inc. ("CRIS"); and Insure-Link, Inc. The Debtors' headquarters are located at 1 East Broward, Suite 700 Fort Lauderdale, Florida 33301.

1

Partnership Capital Management, LLC ("HPCM"), Hale Partnership Capital Advisors, LLC ("HPCA"), Hale Partnership Fund, L.P. ("HPF"), MGEN II – Hale Fund, L.P. ("MGEN II"), Clark-Hale Fund L.P. ("Clark-Hale"), Smith-Hale Fund, L.P. ("Smith-Hale"), Dickinson – Hale Fund, L.P. ("Dickinson"), and Steven A. Hale II ("Mr. Hale") (collectively with Monarch and HPMA, "Movants"), by and through undersigned counsel and pursuant to Local Rule 9013-1(C)(1), hereby file this *Agreed Ex Parte Motion to Stay all Case Deadlines and Hearings* (the "Agreed Motion"), and state as follows:

1. On March 15, 2023, Monarch and HPMA filed an *Adversary Complaint* [ECF No. 1] (the "Adversary Complaint") in the above captioned proceeding.

2. On March 15, 2023, the Court entered its standard Order Setting Scheduling Conference and Establishing Procedures and Deadlines [ECF No. 4] (the "Scheduling Order").

3. On May 15, 2023, Defendant FNU, along with newly added Counter-Plaintiffs/Third-Party Plaintiffs FNHC and ClaimCor (collectively, "FedNat") filed an *Answer, Affirmative Defenses, Counterclaims, and Third-Party Claims* [ECF No. 19] (the "Third-Party Complaint").

4. By agreement of the parties, and as approved by the Court, the current deadline to respond to the Third-Party Complaint is July 31, 2023. *See* Order Granting Agreed Ex Parte Motion for Extension of Time to Respond [ECF No. 38].

5. By agreement of the parties, on June 23, 2023, the Court issued an Order continuing the preliminary injunction evidentiary hearing until August 8, 2023. *See* Order Granting Motion to Continue [ECF No. 44].

6. On June 26, 2023, following a scheduling conference, the Court issued an Order Setting Filing and Disclosure Requirements for Pretrial and Trial that contained all pertinent deadlines [ECF No. 48] (the "Filing and Disclosure Requirements for Pretrial and Trial").

7. Movants and FedNat (*i.e.* all parties in the above-captioned case) have reached a settlement that will resolve all claims by all parties in the Adversary Complaint and the Third-Party Complaint (the "Settlement Agreement").

8. Under the terms of the Settlement Agreement, the parties have agreed to stay all filing, hearings, and other deadlines related to the Adversary Complaint and the Third-Party Complaint pending approval of the Settlement Agreement pursuant to Rule 9019.

9. Once the Settlement Agreement becomes effective, under the terms of the Settlement Agreement, Movants and FedNat have agreed to file a joint stipulation of dismissal of the Adversary Complaint and the Third-Party Complaint with prejudice.

10. In the event that the Settlement Agreement does not become effective, Movants and FedNat reserve all rights and will jointly propose new deadlines in connection with the Adversary Complaint and Third-Party Complaint at the appropriate time.

11. Undersigned counsel hereby certifies that he has conferred with counsel for FedNat, and that FedNat agrees to the relief requested herein and as reflected in the proposed Order granting this Agreed Motion attached hereto as **Exhibit A**.

**WHEREFORE**, Movants respectfully request this Court enter an Order granting this Agreed Motion to Stay All Deadlines and Hearings in the Adversary Complaint and Third-Party Complaint, including but not limited to those deadlines set forth in ECF Nos. 4, 38, 44, and 48. For the avoidance of doubt, Movants request that the August 8, 2023 hearing set by ECF No. 44 be cancelled.

Dated: August 2, 2023

Mark A. Nebrig (admitted *pro hac vice*)
James R. Langdon (admitted *pro hac vice*)
Stephen E. Gruendel (admitted *pro hac vice*)
Sarah A. Sheridan (admitted *pro hac vice*)
**MOORE & VAN ALLEN PLLC**
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone:  (704) 331-3602
Facsimile:   (704) 331-1159
E-mail: marknebrig@mvalaw.com
          jimlangdon@mvalaw.com
          stevegruendel@mvalaw.com
          sarahsheridan@mvalaw.com

Respectfully submitted,

*/s/ Harris J. Koroglu*
Harris J. Koroglu
Florida Bar No. 32597
Peter H. Levitt
Florida Bar No. 650978
**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd., Suite 4100,
Miami, FL 33131
Telephone: (305) 347-7314
Facsimile:  (305) 347-7888
E-mail: hkoroglu@shutts.com
          plevitt@shutts.com

*Counsel for Plaintiffs Monarch and HPMA and Third-Party Defendants HPHC, Evolv, HPCM, HPCA, HPF, MGEN II, Clark-Hale, Smith-Hale, Dickinson, and Hale*

*/s/ Brian Rich*
Brian Rich
**BERGER SINGERMAN LLP**
313 N. Monroe Street, Suite 301
Tallahassee, FL 32301
Telephone: (850) 561-3010
Email: brich@bergersingerman.com

*Counsel for Third-Party Defendant HGMA*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, a true and correct copy of the foregoing was served via served via ECF on all parties receiving electronic notice in this case, and via first-class U.S. Mail, postage prepaid, to: FedNat Underwriters, Inc., 14050 NW 14th Street, Suite 180, Sunrise, FL 33323.

*/s/ Harris J. Koroglu*
Harris J. Koroglu